**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAYMOND MERSON, *as personal
representative and on behalf of the estate of
Virginia Merson, decedent*, and
CANDY DEATON,

      Plaintiffs,

v.                                                                                                                               No. CIV 18-487 GJF/CG

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY d/b/a GOOD
SAMARITAN SOCIETY, et al.,

      Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on review of the record. Plaintiffs filed their second amended complaint on July 20, 2018. (Doc. 9). On October 16, 2018, summonses were returned executed indicating Defendants' answers were due by October 5, 2018. (Docs. 10, 11, 12, 13, 14). No further action has been taken in this case. Local Rule 41.1 states: "A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-41.1.

**IT IS THEREFORE ORDERED** that, on or before **December 10, 2018**, Plaintiffs shall file a notice with the Court stating why this case should not be dismissed without prejudice for failure to prosecute.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE