**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAYMOND MERSON, *as personal
representative and on behalf of the estate of
Virginia Merson, decedent*, and
CANDY DEATON,

       Plaintiffs,

v.                                                                  No. CIV 18-487 GJF/CG

THE EVANGELICAL LUTHERAN GOOD
SAMARITAN SOCIETY d/b/a GOOD
SAMARITAN SOCIETY, et al.,

       Defendants.

## <u>ORDER TO SUBMIT CLOSING DOCUMENTS</u>

**THIS MATTER** is before the Court on the parties' *Notice of Settlement*, (Doc. 18), filed December 24, 2018, in which the parties state they have reached an agreement to resolve this matter.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **January 25, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE